JOHN McNAMARA v. W. J. OUTLAW.

(Filed 20 October, 1965.)

APPEAL by defendant from *Mintz, J.*, February, 1965 Session, WAYNE Superior Court.

*Robert H. Futrelle for plaintiff appellee.*
*Dees, Dees & Smith by William W. Smith for defendant appellant.*

PER CURIAM. When this case was here at the Fall Term, 1964 (262 N.C. 612) this Court reversed a judgment of nonsuit on the ground the evidence was sufficient to require jury trial. The record now before us discloses that the jury trial resulted in a verdict of $300.00 for the plaintiff.

No error.